EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Aprobación de Baja Voluntaria de octubre a diciembre de 2013 | 2014 TSPR 13<br><br>190 DPR ____ |

Número del Caso: EM-2014-1


Fecha: 31 de enero de 2013


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de
Baja Voluntaria de
octubre a diciembre de 2013          EM-2014-1

RESOLUCIÓN

San Juan, Puerto Rico, a  31 de enero de 2014.

Durante el periodo de octubre a diciembre de 2013, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

### octubre

| | |
|---|---|
| César A. Vélez Miranda | 3783 |
| William H. Beckerleg Zequeira | 7473 |
| Ángel R. González Flores | 7745 |
| Marisara Meléndez Torres | 13,032 |

### noviembre

| | |
|---|---|
| María M. Cruz Romanacce | 4263 |
| Rosanie Méndez Calderón | 16,527 |

### diciembre

| | |
|---|---|
| Antonio M. Bird, Jr. | 2833 |
| James A. Toro Sintes | 3502 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo